# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-545-GMN (PAL) |
| JOSE RUANO, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On September 19, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JOSE RUANO to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JOSE RUANO pled guilty. Docket #1, #23, #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 21, 2011, through October 20, 2011, notifying all third parties of their right to petition the Court. #27.

On November 3, 2011, Paul T. Caisse was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. #29.

. . .

1  On November 4, 2011, the Petition, Stipulation for Return of Property and Order was filed
2  by Paul T. Caisse. #28.  On November 9, 2011, the Court entered the Order granting the Petition,
3  Stipulation for Return of Property (Fabrique Nationale, 5.7mm pistol, serial number 386117175).
4  #30.

5  On December 15, 2011, Nevada State Insurance Commissioner for State Farm Insurance was
6  served by regular mail and certified mail, return receipt requested, with a copy of the Preliminary
7  Order of Forfeiture and the Notice. #35-2.

8  On November 18, 2011, Curt Freeze, claim handler, State Farm Insurance was served by
9  personal service with a copy of the Preliminary Order of Forfeiture and the Notice. #35-3.

10  On February 14, 2012, Joseph Caravano was served by personal service with a copy of the
11  Preliminary Order of Forfeiture and the Notice. #38.

12  On February 14, 2012, the Petition, Stipulation for Return of Property and Order was filed
13  by Joseph Caravano. #40.  On February 27, 2012, the Court entered the Order granting the Petition,
14  Stipulation for Return of Property (Taurus, Model PT 45, .45 caliber pistol, serial number 68286).
15  #42.

16  This Court finds no other petitions were filed herein by or on behalf of any person or entity
17  and the time for filing such petitions and claims has expired.

18  This Court finds no petitions are pending with regard to the assets named herein and the time
19  for presenting such petitions has expired.

20  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
21  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
22  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
23  32.2(c)(2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,
24  Section 2461(c):

25  a.  a Fabrique Nationale, 5.7mm pistol, serial number 386117175;
26  b.  a Taurus, model PT45, .45 caliber pistol, serial number 68286; and

c.  any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 26th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge