RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Jose Ruano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE RUANO,<br><br>　　　　　Defendant. | Case No. 2:10-cr-00545-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Jose Ruano, that the Revocation Hearing currently scheduled on August 2, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 45 days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, defendant has a revocation proceeding pending before this

Court and is potentially facing new federal charges. The parties in the midst of discussing a possible global resolution and need additional time to prepare, investigate and discuss.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of August, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00545-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE RUANO, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, August 2, 2018 at 9:00 a.m., be vacated and continued to Thursday, September 20, 2018, at the hour of 10:30 a.m.

DATED this 1 day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE