RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jose Ruano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE RUANO,<br><br>　　　　　Defendant. | Case No. 2:10-cr-00545-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jose Ruano, that the Revocation Hearing currently scheduled on September 20, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty (40) days.

This Stipulation is entered into for the following reasons:

1. The parties are negotiating a joint resolution, but the Government needs additional time to provide a plea agreement.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of September, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00545-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE RUANO, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, September 20, 2018 at 10:30 a.m., be vacated and continued to Thursday, November 1, 2018, at the hour of 10:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DATED this 18 day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE