RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jose Ruano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RUANO,<br><br>Defendant. | Case No. 2:10-cr-00545-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jose Ruano, that the Revocation Hearing currently scheduled on December 13, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are negotiating a global resolution of the petition for revocation and new matters. Additional time is need to review discovery.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 11th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE RUANO,<br><br>    Defendant. | Case No. 2:10-cr-00545-GMN-PAL<br><br>**ORDER** |

    IT IS ORDERED that the revocation hearing currently scheduled for Thursday, December 13, 2018 at 9:00 a.m., be vacated and continued to January 15, 2019, at the hour of 10:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

    DATED this 12 day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE